**FILED**

DISTRICT COURT OF GUAM

JAN 2 5 2018

JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT

for the

District of Guam

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| | ) Case No. MJ- 1 8 - 0 0 0 0 4 |
| One (1) U.S. Priority Mail Package Bearing the Printed Address of Brett Harbert, 185 Francisco Javier Ave, Apartment A6-B, Agana Heights Guam 96910, United States Minor Outlying Islands. (Further described in Attachment A) | ) ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Guam
*(identify the person or describe the property to be searched and give its location)*:

One (1) U.S. Priority Mail Package Bearing the Printed Address of Brett Harbert, 185 Francisco Javier Ave, Apartment A6-B, Agana Heights Guam 96910, United States Minor Outlying Islands.  (Further described in Attachment A)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances held in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846.  Items of personal property tending to identify the person(s) ownership and control of the parcel which is subject to this warrant.  Proceeds from the sale of controlled substances.

**YOU ARE COMMANDED** to execute this warrant on or before _____ February 1, 2018 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ JOAQUIN V.E. MANIBUSAN, JR. _____ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  1/18/18     2:19 P.M .

Judge's signature

City and state:     Hagatna, Guam

JOAQUIN V.E. MANIBUSAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*

**ORIGINAL**

## Return

| Case No.:<br>MJ-18-00004 | Date and time warrant executed:<br>1-18-18   4:10 PM | Copy of warrant and inventory left with:<br>USPS Delayed Notice |
|---|---|---|

Inventory made in the presence of :
DEA SA Williamson

Inventory of the property taken and name of any person(s) seized:

N OTHING SEIZED

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-25-18

_____
_Executing officer's signature_

RICHARD TRACY US Postal Inspection Service
_Printed name and title_

Returned before me on January 25, 2018 at 2:12 P.M.

ORIGINAL

ATTACHMENT A

One (1) U.S. Priority Mail package is further described as a package bearing tracking

number 9505 5159 1246 8008 1789 05, with $6.65 in US Postage, and addressed as follow:

FROM:  
CARIN BLANCHARD  
29 E 2ND AVE  
KENNEWICK, WA 99336

TO:  
BRETT HARBERT  
185 FRANCISCO JAVIER AVE  
APARTMENT A6-B  
AGANA HEIGHTS GUAM 96910  
UNITED STATES MINOR OUTLYING ISLANDS

The HARBERT package weighs approximately 5 ounces, and measures approximately

12.5"X9.5"

